James E. HORVATH, Appellant,

v.

Mavis NEAL, individually, and in conspiracy with the other defendants; William F. Smith, also known as Trey Smith, individually, and in his official capacity as City Attorney for City of Russellville; Raye Turner, individually, and officially as representatives of City of Russellville, which includes Mayor, and members of City Council of Russellville; Cliff Kirchner, individually, and officially as representatives of City of Russellville, which includes Mayor, and members of City Council of Russellville; Robert Wiley, individually, and officially as representatives of City of Russellville, which includes Mayor, and members of City Council of Russellville; Faye Abernathy, individually, and officially as representative of City of Russellville, which includes Mayor, and members of City Council of Russellville; Rick Harrell, individually, and officially as representatives of City of Russellville, which includes Mayor, and members of City Council of Russellville; Paul Gray, individually, and officially as representatives of City of Russellville, which includes Mayor, and members of City Council of Russellville; Ronnie Tripp, individually, and officially as representatives of City of Russellville, which includes Mayor, and members of City Council of Russellville; Andrea Lea, individually, and officially as representatives of City of Russellville, which includes Mayor, and members of City Council of Russellville; Tyrone Williamson, individually, and officially as representatives of City of Russellville, which includes Mayor, and members of City Council of Russellville; Don Bourne, individually, and officially as Russellville District Court Judge; Judy Duvall, individually and officially as Court Clerks for the Russellville District Court; Tish Rehm, individually and officially as Court Clerks for the Russellville District Court; Mary Bradley, individually and officially as Court Clerks for the Russellville District; Ashlea Kilburn, individually and officially as Court Clerks for the Russellville District Court, Appellees.

No. 05–1141.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2005.

Decided: Nov. 7, 2005.

James E. Horvath, Benton, AR, pro se.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

James E. Horvath appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action. After de novo review, *see Charchenko v. City of Stillwater*, 47 F.3d 981, 982–83 (8th Cir.1995), we affirm because Horvath's claims were barred either by

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

the *Rooker–Feldman* [2] doctrine, *see Exxon Mobil Corp. v. Saudi Basic Indus. Corp.,* — U.S. ——, ——, —— & n. 8, 125 S.Ct. 1517, 1523, 1526 & n. 8, 161 L.Ed.2d 454 (2005) (*Rooker–Feldman* doctrine recognizes that with the exception of habeas corpus petitions, 28 U.S.C. § 1331 does not allow district courts appellate jurisdiction over state-court judgments), or by res judicata, *see id.* at 1527 (federal court has to give same preclusive effect to a state-court judgment as another court of that State would give); *Wells v. Ark. Pub. Serv. Comm'n,* 272 Ark. 481, 616 S.W.2d 718, 719 (1981) (elements of res judicata). *See* 8th Cir. R. 47B.

---

**2.** *See Rooker v. Fid. Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923); *D.C. Ct. of Appeals v. Feldman,* 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983).